# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT PROPERTY & CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BROAN-NUTONE, LLC,<br><br>    Defendant. | Case No. 17-cv-06770-JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**<br><br>Re: Dkt. No. 10 |

On March 9, 2018, the parties appeared for the initial case management conference. In the Order setting this date, the Court stated that "[t]he parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Order Setting Case Management Conference at 1:21-23.) Omar Parra appeared on behalf of the Defendant, but Mr. Parra is not one of the two attorneys listed on the docket as "lead attorney." Accordingly, Krsto Mijanovic and Stephen John Squillario are ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions on each of them in the amount of $250.00 for their failure to appear at the case management conference. Counsels' response to this Order to Show Cause shall be due by March 16, 2018.

**IT IS SO ORDERED.**

Dated: March 9, 2018

                                                          JEFFREY S. WHITE
                                                          United States District Judge