1   Krsto Mijanovic (Bar No. 205060)
        *kmijanovic@hbblaw.com*
2   Stephen J. Squillario (Bar No. 257781)
        *ssquillario@hbblaw.com*
3   Omar Parra (Bar No. 303041)
        *oparra@hbblaw.com*
4   HAIGHT BROWN & BONESTEEL LLP
    Three Embarcadero Center, Suite 200
5   San Francisco, California 94111
    Telephone:  415.546.7500
6   Facsimile:  415.546.7505

7   Attorneys for BROAN-NUTONE, LLC

8               **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11  EXACT PROPERTY & CASUALTY        Case No. 17-cv-06770-NC
    COMPANY,
12                                   **STIPULATION OF DISMISSAL WITH**
                Plaintiff,           **PREJUDICE AND (~~PROPOSED~~) ORDER**
13
        v.                           Judge:    Hon. Nathanael M. Cousins
14                                   Crtrm.:   7
    BROAN-NUTONE, LLC and DOES 1
15  through 20, inclusive,

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the November 8, 2018 Settlement and General Release Agreement, Plaintiff Exact Property & Casualty Company and Defendant Broan-NuTone, LLC, by and through their respective counsel of record, hereby stipulate that Plaintiff's entire action is dismissed with prejudice. Each party is to bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: November 13, 2018                    AUDLEY & AUDLEY


                                            By:    /s/ Michael R. Audley
                                                 Michael R. Audley
                                                 Attorneys for Plaintiff,
                                                 EXACT PROPERTY & CASUALTY
                                                 COMPANY

Dated: November 13, 2018                    HAIGHT BROWN & BONESTEEL LLP


                                            By:    /s/ Omar Parra
                                                 Krsto Mijanovic
                                                 Stephen J. Squillario
                                                 Omar Parra
                                                 Attorneys for BROAN-NUTONE, LLC


### DECLARATION PURSUANT TO CIVIL LOCAL RULE 6-2(a)

I, Omar Parra, declare under penalty of perjury under the laws of the United States of America that I have obtained Mr. Michael R. Audley's consent to this Stipulation, and that the representations made in the Stipulation are true and correct.

Executed this 13th day of November, 2018, at San Francisco, California


                                            HAIGHT BROWN & BONESTEEL LLP


                                            /s/ Omar Parra
                                            Omar Parra
                                            Attorneys for Defendant BROAN-NUTONE, LLC

# (~~PROPOSED~~) ORDER

The Court having considered the Stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The November 28, 2018 Further Case Management Conference is vacated;

2. The action is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

3. Each party shall bear their own costs and attorneys' fees;

4. The Court shall retain jurisdiction over this matter to enforce the terms of the November 8, 2018 Settlement and General Release Agreement.

IT IS SO ORDERED.

Dated:   November 14, 2018



THE H                    M. COUSINS
UNITE                    UDGE

Haight